# United States Court of Appeals
## For the First Circuit

No. 23-1385

JULIA DUTRA, individually and on behalf of all others similarly
situated; GABRIELLA DUBE, individually and on behalf of all
others similarly situated; SHAKURA COX, individually and on
behalf of all others similarly situated; VALAAUINA SILULU,
individually and on behalf of all others similarly situated;
NATALIE SILULU, individually and on behalf of all others
similarly situated; OLIVIA BORNSTEIN, individually and on behalf
of all others similarly situated; VENUS TRAN, individually and
on behalf of all others similarly situated,

Plaintiffs, Appellants,

v.

TRUSTEES OF BOSTON UNIVERSITY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on March 13, 2024, is
amended as follows:

On page 15, line 16, replace "Governor's Baker" with
"Governor Baker's".